**Motion GRANTED AND Order filed November 20, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01001-CV
_____

## IN RE BROOKLYN SWEEPS, INCORPORATED AND KAYLA ADAMS, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-45577A**

---

## ORDER

On November 19, 2018, relators Brooklyn Sweeps, Incorporated and Kayla Adams, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Larry Weiman, Judge of the 80th District Court, in Harris County, Texas, to rule on relators' Motion to Dissolve Writ of Garnishment.

Relators have also filed a motion asking this court to stay further proceedings under the writ of garnishment pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10. It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** further proceedings under the writ of garnishment **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests J & J Equipment, LLC, the real party-in-interest, to file a response to the petition for writ of mandamus on or before November 30, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.